IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00366-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LORI KAY LANGLEY,

    Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

    On February 21, 2012, the probation officer submitted a petition for early termination of supervised release in this case. On February 21, 2012, the court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on February 21, 2012, and the United States responded on February 27, 2012, indicating it has no objection to the proposed relief. Accordingly, it is

    ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    DATED February 29, 2012.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge